THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIA A. SAPIENZA, Appellant.—

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur. [51 Misc 2d 786.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WHITMORE, JR., Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

ABRAHAM M. SACKLER, Appellant, v. GLORIA SACKLER, Respondent.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.